# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Key Investment Group et al.
_____

**Plaintiff,**

**v.**

Ferguson et al.
_____

**Defendant.**

\*

\*

\*

\*

\*

**Case No.** 1:25-cv-02354
_____

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐  I certify, as party/counsel in this case that _____
(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☒  The following corporate affiliations exist with  Plaintiff Key Investment Group ("KIG") :
(name of party)

Plaintiff Front Rose Tix LLC and Plaintiff WLK Investments LLC are part owners of KIG; and
Plaintiffs TotalTickets.com and Totally Tix LLC are subsidiaries of KIG
_____.
(names of affiliates)

☒  The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

Epic Inventory Holdings, LLC and Westwood Tix are part owners of KIG
_____.
(names of entities with possible financial interests)

☐  In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)


_____                    _____
(name of member)                                                              (state of citizenship)


_____                    _____
(name of member)                                                              (state of citizenship)


_____                    _____
(name of member)                                                              (state of citizenship)


_____                    _____
(name of member)                                                              (state of citizenship)


Note: If there are additional LLC members, please provide their names and states of citizenship
on a separate sheet of paper.


07/21/2025                                                   /s/ Bezalel Stern
_____          _____
Date                                                             Signature

                                                                    Bezalel Stern, Esq., Bar No. 20667
                                                           _____
                                                           Printed name and bar number
                                                                    1050 Connecticut Ave, NW, Suite 600
                                                                    Washington, D.C. 20036
                                                           _____
                                                           Address

                                                                    BStern@manatt.com
                                                           _____
                                                           Email address

                                                                    (202) 624-3381
                                                           _____
                                                           Telephone number

                                                                    n/a
                                                           _____
                                                           Fax number