IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **KEY INVESTMENT GROUP**, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**ANDREW N. FERGUSON**, et al.,<br><br>Defendants. | Case No. 1:25-cv-02354-GLR |

**MEMORANDUM OF LAW IN SUPPORT OF JOINT
MOTION FOR ENTRY OF PROPOSED BRIEFING SCHEDULE**

## INTRODUCTION

Plaintiffs Key Investment Group LLC, Totaltickets.com LLC, Totally Tix LLC, Front Rose LLC, WLK Investments LLC, Yair D. Rozmaryn, Elan N. Rozmaryn, and Taylor Kurth (collectively, "Plaintiffs") and Defendants Andrew N. Ferguson, Melissa Ann Holyoak, Mark R. Meador, Rebecca K. Slaughter, and the Federal Trade Commission (collectively, "Defendants"), by and through their respective undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 105.9, respectfully submit the Proposed Briefing Schedule:

| | |
|---|---|
| **Defendants' Motion to Dismiss** | **October 10, 2025** |
| **Plaintiffs' Opposition** | **November 10, 2025** |
| **Defendants' Reply** | **November 24, 2025** |

The parties have met and conferred and consent to the Proposed Briefing Schedule.

## STANDARD OF REVIEW

Under Federal Rule of Civil Procedure 6(b)(1), "[w]hen an act may or must be done within a specified time, a district court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

## ARGUMENT

The Court should grant the Motion, adopting the Proposed Briefing Schedule. The Parties consent to the Proposed Briefing Schedule. The amended deadlines would promote efficient litigation on all sides and preserve judicial and party resources by synchronizing responsive deadlines in the two related cases before this court.

As this is a Joint Motion, no undue prejudice exists. Entry of the Proposed Briefing Schedule will not impact the timely resolution of this matter, or any other deadlines, as this case is in its early stages. The Joint Motion is made in good faith and not for the purpose of delay. Thus,

the Parties respectfully submit there is sufficient "good cause" to grant the Joint Motion.

## CONCLUSION

For the foregoing reasons, the Parties respectfully request the Court enter an order granting their Joint Motion for Entry of Proposed Briefing Schedule.

Respectfully submitted,

Dated: September 5, 2025

| | |
|---|---|
| */s/ Bezalel A. Stern* <br> Bezalel A. Stern (D. Md. Bar No. 20667) <br> Joshua N. Drian (*pro hac vice*) <br> MANATT, PHELPS & PHILLIPS, LLP <br> 1050 Connecticut Ave. NW, Suite 600 <br> Washington, D.C. 20036 <br> Tel.: (202) 585-6500 <br> bstern@manatt.com <br> jdrian@manatt.com <br><br> *Counsel for Plaintiffs* | */s/ Noah T. Katzen* <br> NOAH T. KATZEN <br> Trial Attorney <br> Consumer Protection Branch <br> Civil Division <br> U.S. Department of Justice <br> P.O. Box 386 <br> Washington, DC 20044-0386 <br> 202-305-2428 <br> Noah.T.Katzen@usdoj.gov <br><br> *Counsel for Defendants* |

3